UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

GEORGE B. HUTCHINSON,            )
                                 )
            Plaintiff,           )
                                 )     **JUDGMENT IN A CIVIL CASE**
v.                               )     **CASE NO. 4:18-cv-187-D**
                                 )
NC DEPARTMENT OF HEALTH AND HUMAN)
SERVICES,                        )
                                 )
            Defendant.           )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff failed to pay the filing fee or submit an Application to Proceed Without Prepayment of Fees as directed by the order at [D.E. 3] entered in November 21, 2018. Therefore, this case is closed.

**This Judgment Filed and Entered on January 3, 2019, and Copies To:**

| | |
|---|---|
| George B. Hutchinson | (Sent to P.O. Box 1337 Lithia Springs, GA 30122 via US Mail) |

DATE:                              PETER A. MOORE, JR., CLERK

January 3, 2019                    (By) /s/ Nicole Sellers
                                        Deputy Clerk