IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 4:18-CV-187-D

| | |
|---|---|
| GEORGE B. HUTCHINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NC DEPARTMENT OF HEALTH ) | |
| AND HUMAN SERVICES, ) | |
| ) | |
| Defendant. ) | |

On November 21, 2018, the court ordered plaintiff to tender the $400.00 filing fee or an application to proceed in forma pauperis not later than December 28, 2018 [D.E. 3]. Plaintiff failed to do so. Thus, in accordance with the court's order, on January 3, 2019, the clerk closed the case [D.E. 5].

On January 6, 2025, plaintiff moved to reopen the case [D.E. 6], to proceed as a veteran [D.E. 7], and for e-notification consent [D.E. 8]. Plaintiff also submitted the filing fee of $400.00.

The court GRANTS plaintiff's motion to reopen [D.E. 6], to proceed as a veteran [D.E. 7], and for e-notification consent [D.E. 8]. Plaintiff owes an additional $5.00 filing fee because the filing fee has increased. Plaintiff SHALL pay the additional $5.00 to the clerk no later than April 30, 2025.

SO ORDERED. This 1 day of April, 2025.

JAMES C. DEVER III
United States District Judge